W. B. Trelaor, as President, *et al.*, Petitioner, v. Hal W. Adams, as Judge of the Third Judicial Circuit of the State of Florida, *et al.*, Respondents.

Cause dismissed on motion of the Petitioner.
*C. R. Layton* and *H. L. Gray,* for Petitioner.

Harry Mitchell, Petitioner, v. Joe T. Allen, as Sheriff of Santa Rosa County, Respondent.

Cause dismissed on motion of counsel for Petitioner.
*H. H. Wells* and *B. K. Roberts,* for Petitioner.
*Russell L. Frink* and *John B. L'Engle,* as *Amici Curiae.*

Callen Plaisance, Petitioner, v. Joe T. Allen, as Sheriff of Santa Rosa County, Florida, Respondent.

Cause dismissed on motion of counsel for Petitioner.
*H. H. Wells* and *B. K. Roberts,* for Petitioner.

H. E. Prichett, a widower, *et al.*, Appellants, v. New York Life Insurance Company, a corporation, under the laws of the State of New York, Appellee.

Appeal dismissed on motion of counsel for Appellants.
*Claude L. Gray* and *George W. Johnson,* for the Motion.

W. V. Knott, as Treasurer of the State of Florida, *et al.*, Appellants, v. Volusia County, a political subdivision of the State of Florida, *et al.*, Appellees.